**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00966-CV
_____

### KARAN VALENTI, Appellant

### V.

### JENKINS & KAMIN, LLP, Appellee

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-59350B**

---

## O R D E R

The notice of appeal in this case was filed December 3, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 24, 2020.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.